Case 3:22-mj-00544-  .RS *SEALED*  Document 2   Filed    19/22   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'22 SEP 21 AM 10:54

United States of America
v.
Jessica Trottier

Case No.

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jessica Trottier

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Title 21 United States Code Section 841(a)(1); Distribution of a Controlled Substance
Title 21 United States Code Section 846; Conspiracy

Date: 

*Issuing officer's signature*

City and state:   Fargo, North Dakota

United States Magistrate Judge Alice R Senechal
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/19/22 , and the person was arrested on *(date)* 9/21/22 at *(city and state)* Bismarck, ND |
| Date: 10/3/2022               *Arresting officer's signature*               SA Jeffry Buckles, DEA          *Printed name and title* |



Case 3:22-mj-00544-...RS *SEALED*   Document 2   Filed 9/19/22   Page 1 of 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

REC'D USMS-FARGO, ND
'22 SEP 21 AM 10:54

United States of America
v.
Jessica Trottier

Defendant

Case No. 3-22-mj-544

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jessica Trottier

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 21 United States Code Section 841(a)(1); Distribution of a Controlled Substance
Title 21 United States Code Section 846; Conspiracy

Date: 9/19/2022

City and state:   Grand Forks Fargo, North Dakota

Issuing officer's signature

United States Magistrate Judge Alice R Senechal
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*