UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:22-cr-00184 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR CONTINUANCE** |
| | ) | |
| Jessica Marie Trottier, a/k/a | ) | |
| Jessica Marie Lattergrass, | ) | |
| | ) | |
| Defendant. | ) | |

¶1   The Defendant, Jessica Marie Trottier, a/k/a Jessica Marie Lattergrass, through her attorney, Thomas A. Dickson, makes a motion to the Court to grant a continuance of the Jury Trial in the above-entitled case which is scheduled for Tuesday, February 11, 2025 at 9:30 a.m. This is an exceptionally complicated case and the undersigned requires more time.

Dated this __8__ day of January, 2025.

_/s/ Tom D_
THOMAS A. DICKSON (ND BAR ID# 03800)
tdickson@dicksonlaw.com
DICKSON LAW OFFICE
P.O. Box 1896
Bismarck, ND 58502-1896
(701) 222-4400

Attorney for Defendant

## DECLARATION OF SERVICE

I, Ashley Miller, hereby declare that I am of legal age and not a party to the above-entitled matter. On January _10_, 2025, the following documents:

## MOTION FOR CONTINUANCE

were filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

>Brett M. Shasky – brett.shasky@usdoj.gov
>Alexander Stock – alexander.stock@usdoj.gov
>Dawn Deitz – dawn.dietz@usdoj.gov

I declare, under penalty of perjury under the law of North Dakota, that the foregoing is true and correct.

Signed this _10th_ day of January, 2025, at Bismarck, ND USA.

_____
Ashley Miller