IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America )<br>)<br>)<br>)<br>v. )<br>Jessica Marie Trottier )<br>)<br>)<br>)<br>) | **MOTION TO APPEAR**<br>**PRO HAC VICE**<br><br>Case No. 3:22-cr-00184-PDW-1 |

Christopher D. Dohrer, an attorney for Jessica Marie Trottier moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| Other Bar Admissions:<br>list jurisdiction & ID number for each jurisdiction | State Bar of South Dakota, ID #3298<br>United States District Court, District of South Dakota<br><br>I would also request that the Court waive the $150.00 admission fee concerning this motion. |
| Disciplinary Actions:<br>list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | I have been reported to the SD State Bar Association, but all complaints have been dismissed |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 8th day of April, 2025.

/s/   Christopher D. Dohrer

418 South Main Street
Aberdeen, SD 57401
Telephone: 605-226-1673
Facsimile: 605-226-5438
Email: cdohrerlaw@nvc.net