IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESSICA MARIE TROTTIER, a/k/a<br>JESSICA MARIE LATTERGRASS,<br><br>  Defendant. | Case No. 3:22-cr-184<br><br>**UNITED STATES' MOTION TO AMEND DISCOVERY ORDER (DOC. 1036)** |

On February 21, 2025, the Court ordered Defendant Jessica Trottier to be permitted to have discovery in jail subject to certain limitations and redactions. Doc. 1036, at 5-7. The United States immediately began complying with the Court's order and identified the documentation to be redacted in preparation of providing Defendant with discovery in jail. One week later, however, Defendant's counsel withdrew from the case. Doc. 1040. Because the Court's order required the United States to provide "Trottier's counsel" with the redacted discovery, compliance with the Court's order was not possible after Defendant's counsel withdrew. Doc. 1036, p. 6. Additionally, the Federal Public Defender's Office (FPD) was required to provide an encrypted hard drive to "Trottier's counsel," who would then "load the discovery on the storage device" before providing it to Defendant. Id. The hard drive was specifically required to be labeled with Defendant's prior counsel's name and address. Id.

Because Defendant was without counsel until April 8, 2025, compliance with the Court's order was not possible, although the United States has, pursuant to the Court's order, prepared a listing of the discovery that is to be redacted from documents to be

provided to Defendant. Given previous counsel is listed in the Court's order and on the hard drive and the fact that the order is silent on what should occur if Defendant obtained new counsel, FPD advised the United States they were not comfortable sending the hard drive to either the United States or Defendant's new counsel.

As mentioned, the United States has redacted the discovery to the best of its ability and has prepared a listing of what documents are to be withheld and/or redacted. Because new counsel was just appointed, the United States has offered to load the redacted discovery onto FPD's encrypted hard drive before sending both redacted and unredacted discovery to Defendant's new counsel, in addition to the listing of withheld/redacted documents pursuant to the Court's order. Defendant's new counsel has indicated this is agreeable. Prior to doing that, however, the United States requests the Court issue an updated order reflecting FPD prepare an encrypted USB hard drive with a unique PIN and label with Defendant's new counsel's contact information so the parties can faithfully comply with the Court's order.

Dated: April 10, 2025.

                                              JENNIFER KLEMETSRUD PUHL
                                              Acting United States Attorney

By:    */s/ Alexander J. Stock*
        ALEXANDER J. STOCK
        Assistant United States Attorney
        ND Bar ID 07979
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        alexander.stock@usdoj.gov
        Attorney for United States