IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Case No. 3:22-cr-184 |
| Plaintiff, | * | |
| -vs- | * | **DEFENDANT'S RESPONSE TO** |
| JESSICA MARIE TROTTIER, a/k/a | * | **UNITED STATES' MOTION TO AMEND** |
| JESSICA MARIE LATTERGRASS, | * | **DISCOVERY ORDER (DOC. 1036)** |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMES NOW the defendant, Jessica Marie Trottier (hereinafter "Trottier"), by and through her court-appointed attorney, Christopher D. Dohrer of Aberdeen, South Dakota, who respectfully submits this response to the motion of the United States to amend discovery order (Doc. 1036).

The undersigned has reviewed the motion, as well as the discovery order at issue. At this time, Trottier does not object to the motion, as it seeks only to amend the discovery order to update new counsel's contact information, so that the USA can comply with the discovery order. However, Trottier does reserve her right to further address discovery in the future, if necessary, once discovery is received and reviewed by the undersigned counsel.

Respectfully dated this 10th day of April, 2025.

DOHRER LAW OFFICE


                            _/s/ Christopher D. Dohrer_
                             Attorney for Defendant

SD Bar ID # 3298  
418 South Main Street  
Aberdeen, South Dakota 57401  
Telephone: 605-226-1673  
Facsimile: 605-226-5438  
Email: cdohrerlaw@nvc.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of April, 2025, a true and correct copy of the foregoing **DEFENDANT'S RESPONSE TO UNITED STATES MOTION TO AMEND DISCOVERY ORDER (DOC. 1036)** was served electronically by the clerk's office on:

Mr. Alexander J. Stock  
Assistant U.S. Attorney  
655 First Avenue North, Suite 250  
Fargo, ND 58102-4932

_/s/ Christopher D. Dohrer_