IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESSICA MARIE TROTTIER, a/k/a<br>JESSICA MARIE LATTERGRASS,<br><br>　　　　Defendant. | Case No. 3:22-cr-184<br><br>**STIPULATION** |

　　Defendant Jessica Marie Trottier, a/k/a Jessica Marie Lattergrass has undergone an evaluation for competency restoration. Doc. 887 (Sealed). Based upon the findings of the forensic evaluator, the parties stipulate to and agree with those findings and ask the Court to adopt the same pursuant to 18 U.S.C. § 4241. Id. The parties request the Court issue an order adopting the findings of the forensic examiner.

　　Dated: May 12, 2025.

|  |  |
|---|---|
|  | JENNIFER KLEMETSRUD PUHL<br>Acting United States Attorney |
| *[signature]*<br>CHRISTOPHER D. DOHRER<br>Dohrer Law Office<br>SD Bar ID 3298<br>418 South Main Street<br>Aberdeen, SD 57401<br>605.226.1673<br>cdohrerlaw@nvc.net<br>Attorney for Defendant | *[signature]*<br>ALEXANDER J. STOCK<br>Assistant United States Attorney<br>ND Bar ID 07979<br>655 First Avenue North, Suite 250<br>Fargo, ND 58102-4932<br>701.297.7400<br>alexander.stock@usdoj.gov<br>Attorney for United States |