IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3:22-cr-184 |
| v. | **UNITED STATES' NOTICE UNDER FED. R. EVID. 902(11)** |
| JESSICA MARIE TROTTIER, a/k/a JESSICA MARIE LATTERGRASS; | |
| Defendants. | |

The United States of America gives notice of its intent, under Rules 803(6) and 902(11) of the Federal Rules of Evidence, to use certified and self-authenticated copies of the following records, all previously disclosed to the defense:

1. T-Mobile business records related to phone numbers 701.729.7741 (Bates 27495, certifications at Bates 38113, 45104, 45106, 45093, and 45095); 218.227.1120, (Bates 27475; certification at Bates 38113 and 38123); 209.626.0975 (Bates 11620, certification at Bates 38093)

2. AT&T business records related to phone numbers 209.819.1556 (Bates 42066; certification at Bates 42077); and 701.541.2024 (Bates 40963; certification at Bates 41507)

3. Cass County Jail phone call records, Securus Technologies, Inc.: Bates 13069, 13070, 13075 (certification at Bates 43114 and 43015); Bates 43118, 43116, 43119, 43120 (certification at Bates 43129 and 43015); Bates 43547, 43545, 43550, 43543, 43551 (certification at 43563 and 43015); Bates 12956, 43024, 43023, 43025, 43067, 43090, 43084, 43092 (certifications at Bates 43015, 45431, 43029, 43104, 43563, 45431 and 45433)

4. Cass County Jail Records: Bates 34191 (certification at Bates 45202)

5. RIA Financial Transaction records: Bates 11839 (certification at Bates 11833; Bates 27408 (certification at Bates 27407); Bates 11616 (certification at Bates 35668)

6. U-Haul records: Bates 11899 (certification at Bates 11885)

7.  James River Correctional Center phone call records: Bates 45154, 36111, 36110, and 36112 (certifications at Bates 45160 and 45186)

8.  Verizon records related to 650.582.8974: Bates 38144 (certification at 38126)

9.  North Dakota Department of Transportation Records: Bates 50757, 50755, 50752, 50751 (certification at 50767); 50824, 50822 (certification at 50825); 50765, 50761 (certification at 50768)

Dated: October 3, 2025

JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

By:    _/s/ Alexander J. Stock_____
        ALEXANDER J. STOCK
        Assistant United States Attorney
        ND Bar ID 07979
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        alexander.stock@usdoj.gov
        Attorney for United States

By:    _/s/ Brett M. Shasky_____
        BRETT M. SHASKY
        Assistant United States Attorney
        ND Bar ID 04711
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        brett.shasky@usdoj.gov
        Attorney for United States

By:    _/s/ Dawn M. Deitz_____
        DAWN M. DEITZ
        Assistant United States Attorney
        ND Bar ID 06534
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        dawn.deitz@usdoj.gov
        Attorney for United States