IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JESSICA MARIE TROTTIER, a/k/a<br>JESSICA MARIE LATTERGRASS,<br><br>　　　　Defendant. | Case No. 3:22-cr-184<br><br>**UNITED STATES' WITNESS LIST** |

1. Brooke Johnson Cruz, Spanish Interpreting LLC
2. Dana Thomas
3. Joseph Akwenzie
4. Sara Morin Phelps
5. Edwin Carter – ND BCI
6. Dominick Ross
7. Brad Stuvland – Moorhead Police Department
8. Daniel Woelfel – DEA
9. Chris Holte – Fargo Police Department
10. Geoff Bakken – Clay County Sheriff's Office
11. Alex Torp – Fargo Police Department
12. Scott Voeltz – ND BCI
13. Colin Jorgenson – Clay County Sheriff's Office
14. Jason Lien – Clay County Sheriff's Office
15. Amy Granlund – MN BCA
16. Cody Gease – Fargo Police Department
17. Adam Gossen – Fargo Police Department
18. Ray Mosley – Cass County Sheriff's Office
19. Kyle Hinrichs – West Fargo Police Department

20. Bardo Frank Mendez – ND BCI
21. Shane Orn – West Fargo Police Department
22. Steven Arias
23. Brady Hoeft – DEA
24. Kyle Seehusen – Fargo Police Department
25. Bret Witte – Fargo Police Department
26. Joshua Cheney
27. Jon Karger – Otter Tail County Sheriff's Office
28. Dale Haberer – Fergus Falls Police Department
29. Adam Torgerson – Moorhead Police Department
30. Paul Cichos – Fargo Police Department
31. Sarah Pfeiffer – MN BCA
32. Hugo Yanez Rivera
33. Erick Fetterhoff – MT Highway Patrol
34. Seth Hidalgo – DEA Lab
35. Claudia Aldana Yadira
36. Jeff Buckles - DEA
37. Ticia Eccardt – DEA Lab
38. Greg Cherundolo – JSI Telecom Inc.
39. Cesar Ambrosio Lopez
40. Troy Roth – ND Highway Patrol
41. Brian Mehlhoff – ND Highway Patrol
42. Josh Page – ND Highway Patrol
43. Heather Miller – DEA Lab
44. Olivia Cavazos – DEA Lab
45. Carlos Batista Rodriguez
46. Pruenda Macias
47. Michelle Romans – ND Highway Patrol
48. Darby Kessner – ND Highway Patrol

49. Anthony Potter – ND Highway Patrol
50. Zach Welgrin – DEA Lab
51. Trevor Curtis – DEA Lab
52. Benedicta Hernandez – ND BCI
53. Victor Partida Ojeda
54. Trenton Gunville – BIA
55. Jayde Slater – BIA
56. Andrew Saari – BIA
57. Christy Gass – ATF
58. Michael Gourneau
59. Aldin Golos – Fargo Police Department
60. Joseph Vegel – Fargo Police Department
61. Tyler Seehusen – Fargo Police Department
62. Jerrod Wagner – Fargo Police Department
63. Amy Ebbert – ND State Crime Lab
64. Tolulope Omosun – DEA Lab
65. Nate Moen – GF County
66. Dan Heidbreder – ND BCI
67. Lisa Gemar – Homeland Security Investigations
68. Shelby Franklin – BCI
69. Michael Haugland
70. Brandon Betzel – DEA
71. Ward Williams – BCA
72. Brian Davis – Stutsman County Sheriff's Office
73. John Hirchert – Stutsman County Sheriff's Office
74. Troy Kelly – BCI
75. Dale Ackland – Parole and Probation
76. Bethany Shalley – ND State Crime Lab
77. Alicia Knuth

78. Jeremy Hoover
79. Brett Mlynar – ND Highway Patrol
80. Laura Wanzek – Ramsey County Sheriff's Office
81. Char Rittenbach – ND State Crime Lab
82. Rich Juarez – Towner County
83. Chris Jones – Idaho State Police
84. Chris Rix – Bonneville County Sheriff's Office
85. Anna Kristina Mattox – Idaho State Police Forensic Services
86. Arturo Guzman
87. Brett Hoiby
88. Mike Mees – BCI
89. David Stewart – Bismarck Police Department
90. Louie Bjorndahl – BCI
91. Joey Olsen – Bismarck Police Department
92. Mackenzie Small Crissler
93. Jeremy Seeklander – Bismarck Police Department
94. Tyler Welk – Bismarck Police Department
95. Jerry Stein – Bismarck Police Department
96. Levi Holter – ATF
97. Shaynne Normandin
98. Tabitha Belgarde
99. Salvador Sanchez – DEA
100. Cory Froese – CPB
101. Sarah Ray – DEA Lab
102. Andrea Larick – DEA Lab
103. Aurelia Holifield – DEA Lab
104. William Bennett – MN BCA
105. John Burkel – Clay County Sheriff's Office
106. Dylan Anthony – DEA

107. Hannah Trottier

108. Jeffrie Cavanaugh

109. Michael Coleman – DEA

Dated:  October 20, 2025

                              NICHOLAS W. CHASE
                              United States Attorney

By:    */s/ Alexander J. Stock*
        ALEXANDER J. STOCK
        Assistant United States Attorney
        ND Bar ID 07979
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        alexander.stock@usdoj.gov
        Attorney for United States

By:    /s/ *Dawn M. Deitz*
        DAWN M. DEITZ
        Assistant United States Attorney
        ND Bar ID 06534
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        dawn.deitz@usdoj.gov
        Attorney for United States

By:    */s/ Brett M. Shasky*
        BRETT M. SHASKY
        Assistant United States Attorney
        ND Bar ID 04711
        655 First Avenue North, Suite 250
        Fargo, ND  58102-4932
        (701) 297-7400
        brett.shasky@usdoj.gov
        Attorney for United States