IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSICA MARIE TROTTIER,<br>a/k/a JESSICA MARIE LATTERGRASS | **I N F O R M A T I O N**<br><br>Case No. 3:22-cr-00184<br><br>Violations: 21 U.S.C. §§ 812, 813, 841(a)(1), 846, 848(a), 848(c), 853 and 856; 18 U.S.C. §§ 844(c)(1), 922(g)(1), 924(d)(1), 924(a)(8), 981(a)(1)(C), and 982(a)(1); 26 U.S.C. §§ 5861(h), 5861(i), and 5872; and 28 U.S.C. § 2461(c) |

COUNT ONE

**Continuing Criminal Enterprise**

The United States Attorney Charges:

From in or before 2021 through 2023, in the District of North Dakota, Central District of California, District of Montana, District of Idaho, District of Minnesota, and elsewhere,

JESSICA MARIE TROTTIER, a/k/a JESSICA MARIE LATTERGRASS,

did knowingly and intentionally engage in a Continuing Criminal Enterprise in that she violated Title 21, United States Code, Sections 812, 813, 841(a)(1), 846, and 856, including, but not limited to, possession with intent to distribute controlled substance, distribution of controlled substance, and/or maintaining drug-involved premises. The violations were, and are, part of a continuing series of violations.

These continuing series of violations were undertaken by JESSICA MARIE TROTTIER, a/k/a JESSICA MARIE LATTERGRASS, in concert with at least five other

persons with respect to whom JESSICA MARIE TROTTIER, a/k/a JESSICA MARIE LATTERGRASS, occupied a position of organizer, supervisor, and manager including, but not limited to: (1) DOMINICK JON ROSS; (2) HUGO ARMANDO YANEZ-RIVERA; (3) CESAR AMBROSIO LOPEZ; (4) DANA MICHAEL THOMAS; (5) MATTHEW ZENON WOOD; (6) STEVEN CLIFFORD FRANK ARIAS JR.; (7) MICHAEL WAYNE GOURNEAU; (8) unindicted co-conspirator S.P. a/k/a S.M.; (9) co-conspirator J.A.; (10) BRENDAN MOORE; (11) unindicted co-conspirator F.W.; (12) unindicted co-conspirator D.R.; (13) unindicted co-conspirator H.T.; (14) unknown unindicted co-conspirator J.S.; (15) JEREMY WILLIAM HOOVER; (16) unindicted co-conspirator S.E.; (17) unindicted co-conspirator A.H.; (18) unindicted co-conspirator S.N.; (19) CARLOS ADRIAN BATISTA-RODRIGUEZ; (20) BRETT TIMOTHY HOIBY; (20) VICTOR PARTIDA-OJEDA; (21) PRUENDA MACIAS; (22) MICHAEL HAUGLAND; (23) unindicted co-conspirator C.B.; (24) JUSTIN "UG" KEPLIN; and (25) unindicted co-conspirator C.D.

From this continuing series of violations, JESSICA MARIE TROTTIER, a/k/a JESSICA MARIE LATTERGRASS, obtained substantial income;

In violation of Title 21, United States Code, Sections 848(a) and 848(c).

## COUNT TWO

**Possession of Firearms by a Convicted Felon**

The United States Attorney Further Charges:

On or before September 21, 2022, in the District of North Dakota,

JESSICA MARIE TROTTIER, a/k/a JESSICA MARIE LATTERGRASS,

knowing she had been convicted of the following crime punishable by imprisonment for a term exceeding one year, specifically:

- On or about January 14, 2013, in United States District Court, District of North Dakota, JESSICA MARIE TROTTIER, a/k/a JESSICA MARIE LATTERGRASS, was convicted of Conspiracy to Unlawfully Provide Firearms to a Convicted Felon, a Class C felony, in Case 3:12-cr-31-08; and

- On or about December 19, 2017, in the East Central Judicial District, Cass County, North Dakota, JESSICA MARIE TROTTIER, a/k/a JESSICA MARIE LATTERGRASS, was convicted of Possession of Methamphetamine with Intent to Deliver, a Class B felony, and Tampering with Physical Evidence, a Class C felony, in Case 09-2017-CR-00351,

did knowingly possess in and affecting interstate or foreign commerce, firearms, that is:

- One Ruger, Model Mini 14, .223 caliber rifle, bearing Serial Number 18668339;

- One B King's Firearms, Model M4 MOD-0, .556 caliber rifle, bearing Serial Number MOD-0-01810;

- One New England Firearms, Model Pardner, .410 caliber weapon made from a shotgun, bearing Serial Number NN393398; and

- One Stoeger, Model 2000, 12-gauge weapon made from a shotgun, bearing Serial Number 923808;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE NOTICE

Upon the conviction of any of the offenses alleged in the Information,

JESSICA MARIE TROTTIER, a/k/a JESSICA MARIE LATTERGRASS

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Sections 844(c)(1), 924(d)(1), 981(a)(1)(C), and 982(a)(1); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c), all right, title, and interest in any of the property constituting or derived from proceeds obtained directly or indirectly as a result of the violations of Title 21, United States Code, Sections 841, 846, and 848; Title 18, United States Code, Sections 844(h), 922(g), 924(c)(1)(A), and 924(h), 933(a)(1), 933(a)(2), and 933(a)(3); and Title 26, United States Code, Sections 5861(h) and (i), and any property used or intended to be used in any manner or part to commit, or to facilitate the commission of the said violations, and a sum of money equal to the total amount of proceeds obtained as a result of the offenses, including, but not limited to:

- $16,107 in United States currency seized on or about December 12, 2021, in Fargo, North Dakota;

- One Kahr Arms, Model CW40, .40 caliber pistol, bearing Serial Number FE6862, seized on or about December 12, 2021, in Fargo, North Dakota;

- $9,263 in United States currency seized on or about January 12, 2022, in Fargo, North Dakota;

- One Remington, Model Sportsman 58, 12-gauge weapon made from a shotgun, bearing Serial Number 225969M, seized on or about January 12, 2022, in Fargo, North Dakota;

- $11,627 in United States currency seized on or about February 24, 2022, in Fargo, North Dakota;

- One Heritage Manufacturing, Inc., Model Rough Rider, .22 caliber pistol, bearing Serial Number P93129, seized on or about February 24, 2022, in Fargo, North Dakota;

- One Ruger, Model LC9s, 9mm caliber pistol, bearing Serial Number 45283174, seized on or about June 13, 2022, in Fargo, North Dakota;

- One Ruger, Model EC9s, 9mm pistol, with an obliterated serial number, seized on or about July 7, 2022, in or near Jamestown, North Dakota;

- One Ruger, Model 22/45 Mark IV Lite, .22 caliber pistol, with an obliterated serial number, seized on or about July 23, 2022, in or near Belcourt, North Dakota;

- One Taurus, Model PT111, 9mm pistol, bearing Serial number TVH43701, seized on or about July 23, 2022, in or near Belcourt, North Dakota;

- One Ruger, Model LCP, .380 caliber pistol with an obliterated serial number, seized on or about July 23, 2022, in or near Belcourt, North Dakota;

- Two black silencers, with no known serial numbers, seized on or about July 23, 2022, in or near Belcourt, North Dakota;

- $1,500 in United States currency seized on or about August 6, 2022, near Devils Lake, North Dakota;

- One Glock, Model 45, 9mm pistol, bearing Serial Number BTUE028, seized on or about August 21, 2022, in or near Bismarck, North Dakota;

- One Heritage Arms, model Rough Rider, .22 caliber revolver, bearing Serial Number 1BH465826, seized on or about September 4, 2022, in or near Idaho Falls, Idaho;

- One Savage, Model Rascal, .22 caliber rifle, bearing Serial Number 2057746, seized on or about September 4, 2022, in or near Idaho Falls, Idaho;

- One Mossberg & Sons, Model 173, .410 shotgun, with no serial number, seized on or about September 4, 2022, in or near Idaho Falls, Idaho;

- One Kessler, Model 30C, 12-gauge shotgun, with an unknown serial number, seized on or about September 4, 2022, in or near Idaho Falls, Idaho;

- One Savage, Model 67C, 20-gauge weapon made from a shotgun, bearing Serial Number B291298, seized on or about September 21, 2022, in or near Belcourt, North Dakota;

- One Benelli, Model Nova, 12-gauge weapon made from a shotgun, bearing Serial Number Z003381, seized on or about September 21, 2022, in or near Belcourt, North Dakota;

- One Ruger, Model Ec9s, 9mm caliber pistol, bearing Serial Number 458-89252, seized on or about September 21, 2022, in or near Belcourt, North Dakota;

- One Springfield Armory, Model XD-9, 9mm caliber pistol, bearing Serial Number XD163226, seized on or about September 21, 2022, in or near Bismarck, North Dakota;

- One Ruger, Model PC Carbine, 9mm rifle, bearing Serial Number 910-66433, seized on or about September 21, 2022, in or near Bismarck, North Dakota;

- One Winchester, Model 100, .308 caliber rifle, bearing Serial Number 35359, seized on or about September 21, 2022, in or near Bismarck, North Dakota;

- One Winchester, Model 1300, 12-gauge shotgun, bearing Serial Number L2952690, seized on or about September 21, 2022, in or near Bismarck, North Dakota;

- One Ruger, Model MK III, .22 caliber pistol, bearing Serial Number 274-96534, seized on or about September 21, 2022, in or near Bismarck, North Dakota;

- One Winchester, Model 37, .410 caliber shotgun with no serial number, seized on or about September 21, 2022, in or near Bismarck, North Dakota;

- One Ruger, Model Mini 14, .223 caliber rifle, bearing Serial Number 18668339, seized on or about September 21, 2022, in or near Bismarck, North Dakota;

- One B King's Firearms, Model M4 MOD-0, .556 caliber rifle, bearing Serial Number MOD-0-01810, seized on or about September 21, 2022, in or near Bismarck, North Dakota;

- One New England Firearms, Model Pardner, .410 caliber weapon made from a shotgun, bearing Serial Number NN393398, seized on or about September 21, 2022, in or near Bismarck, North Dakota; and

- One Stoeger, Model 2000, 12-gauge weapon made from a shotgun, bearing Serial Number 923808, seized on or about September 21, 2022, in or near Bismarck, North Dakota.

If any of the forfeitable property as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), to seek forfeiture of any property of said defendants up to the value of the forfeitable property;

All in accordance with Title 21, United States Code, Section 853; Title 18, United States Code, Sections 844(c)(1), 924(d)(1), 981(a)(1)(C), and 982(a)(1); Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).

*Alex Stock*
*07979 (for)*

_____
NICHOLAS W. CHASE
United States Attorney

AJS/alk